JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND E. WASHINGTON, | ) | No. CV 11-06589-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 1/9/12

Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE